UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jacqueline Fulton, | ) | C/A No. 2:21-cv-03023-DCN-MHC |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| Versus | ) | **DEFENDANTS' RULE 26(A)(2)** |
| | ) | **DISCLOSURE OF EXPERT WITNESSES** |
| Officer Travis M. Lanphere, City of North Charleston, and North Charleston Police Department, | ) ) ) | |
| *Defendants.* | ) | |

Pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure, the Defendants, Officer Travis M. Lanphere, City of North Charleston, and North Charleston Police Department (hereinafter "Defendants"), by their undersigned attorneys, provide the following disclosures to the Plaintiff:

(A)　In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702. 703, or 705.

**ANSWER**:　**The Defendants reserve the right to call as experts any experts identified by the Plaintiff, as well as any medical provider of Plaintiff or any witness whose qualifications are established. Further responding, the Defendants identify the following expert witness:**

　　**Brian S. Batterton**
　　**4400 Lower Roswell Road**
　　**Marietta, Georgia 30068**

　　**The Defendants specifically reserve the right to supplement their Answers to these Interrogatories as discovery progresses in this case.**

(B) Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain:

(i) a complete statement of all opinions the witness will express and the basis and reasons for them:

(ii) the facts or data considered by the witness in forming them:

(iii) any exhibits that will be used to summarize or support them:

(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition: and

(vi) a statement of the compensation to be paid for the study and testimony in the case.

**ANSWER**: **The Defendants certify that they have served the Plaintiff with a written report signed by the above-named expert and disclosed the information required by Federal Rules of Civil Procedure 26(a)(2)(B).**

        HOOD LAW FIRM, LLC
        172 Meeting Street
        Post Office Box 1508
        Charleston, SC  29402
        Ph: (843) 577-4435 / Fax: (843) 722-1630
        Email: Info@hoodlaw.com

**October 12, 2022**
Charleston, South Carolina

        **/s/ Elloree A. Ganes**
        Elloree A. Ganes (FED #9022)
        Elloree.ganes@hoodlaw.com
        Evan M. Sobocinski (FED #13175)
        evan.sobocinski@hoodlaw.com

        *Attorneys for the Defendants*
        *Officer Travis M. Lanphere, City of North Charleston, and North Charleston Police Department*