UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jacqueline Fulton, | ) | C/A No. 2:21-cv-03023-DCN-MHC |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| Versus | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Officer Travis M. Lanphere, City of North Charleston, and North Charleston Police Department, | ) ) ) | |
| *Defendants.* | ) | |

The Defendants hereby notify the Court that the above-captioned case has been settled and can be removed from the roster. A formal Stipulation of Dismissal will be filed with the Court as soon as settlement documents are completed.

                                              HOOD LAW FIRM, LLC
                                              172 Meeting Street
                                              Post Office Box 1508
                                              Charleston, SC 29402
                                              Ph: (843) 577-4435 / Fax: (843) 722-1630
                                              Email: Info@hoodlaw.com

**May 24, 2023**
Charleston, South Carolina

                                              **/s/ Elloree A. Ganes**
                                              Elloree A. Ganes (FED #9022)
                                              Elloree.ganes@hoodlaw.com
                                              Evan M. Sobocinski (FED #13175)
                                              evan.sobocinski@hoodlaw.com

                                              *Attorneys for the Defendants*
                                              *Officer Travis M. Lanphere, City of North Charleston, and North Charleston Police Department*